IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CAROLYN ZIMMERMAN,

                                ORDER

            Plaintiff,

                              13-cv-424-bbc

    v.

PETER ERICKSEN, DANIEL WESTFIELD,
WILLIAM POLLARD and
CORRECTIONAL OFFICER POLZAR,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Carolyn Zimmerman was granted leave to proceed in forma pauperis against defendants in an order entered on July 26, 2013.  Plaintiff alleged that defendants violated her rights by denying her visitation privileges with an inmate at the Green Bay Correctional Institution.

      Defendants filed an answer to the complaint and the court scheduled a telephonic pretrial conference before the magistrate judge.  Plaintiff failed to participate in the scheduled pretrial conference, so the magistrate judge ordered her to call or write the court to explain her failure to participate.  Plaintiff did not respond to the October 3 order.  On November 6, 2013 defendants filed a motion to dismiss this lawsuit with prejudice for plaintiff's failure to prosecute it.  The court set a deadline of November 22, 2013 for plaintiff to respond.  It is now December 3, 2013 and plaintiff has failed to  respond to the court's

orders. Accordingly, defendants' motion to dismiss will be granted.

Plaintiff has done nothing to prosecute her case since filing it on June 17, 2013. Her failure to participate in the pretrial conference or explain her failure for not appearing, as well as her failure to respond to the court's briefing schedule, indicate that she is no longer interested in prosecuting this case.

ORDER

IT IS ORDERED that the motion for dismissal filed by defendants Peter Ericksen, Daniel Westfield, William Pollard and Correctional Officer Polzar is GRANTED. This case is DISMISSED WITH PREJUDICE for plaintiff Carolyn Zimmerman's failure to prosecute it. The clerk of court is directed to enter judgment and close this case.

Entered this 4th day of December, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge