IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROLYN ZIMMERMAN,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.       Case No. 13-cv-424-bbc

PETER ERICKSEN, DANIEL WESTFIELD,
WILLIAM POLLARD and CORRECTIONAL
OFFICER POLZAR,

        Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff Carolyn Zimmerman's failure to prosecute it.

| /s/ | 12/04/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |